IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


REGINALD JONES,

                    Plaintiff,

          v.                         CASE NO.  10-3167-SAC

CORRECTIONS CORPORATION
OF AMERICA, et al.,

                    Defendants.

                    O R D E R

          This matter is before the court upon plaintiff's Second
Amended Complaint (Doc. 14).  Plaintiff asserts diversity
jurisdiction under 28 U.S.C. § 1332.  He seeks money damages from
defendants for alleged negligent failure while he was an inmate at
the CCA-Leavenworth to adhere to diet restrictions necessitated by
his serious allergy to onions.  Having screened the Second Amended
Complaint, the court finds that even though Mr. Jones has not fully
followed directions in the court's previous order, a responsive
pleading is required.

          IT IS THEREFORE BY THE COURT ORDERED that the clerk of the
court shall prepare summons and waiver of service forms pursuant to
Rule 4(d) of the Federal Rules of Procedure, to be served on
defendants by a United States Marshal or a Deputy Marshal at no
cost to plaintiff absent a finding by the court that plaintiff is
able to pay such costs.

          IT IS FURTHER ORDERED that the screening process under 28

U.S.C. § 1915A having been completed, this matter is returned to the clerk of the court for random reassignment pursuant to D.Kan.R. 40.1.

Copies of this Order shall be transmitted to plaintiff, to defendants, to the Secretary of Corrections, and to the Attorney General for the State of Kansas.

**IT IS SO ORDERED.**

Dated this 23rd day of August, 2011, at Topeka, Kansas.

<u>s/Sam A. Crow</u>
U. S. Senior District Judge